No. 88–6131. WRENN *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO. C. A. 6th Cir.; and

No. 88–6263. WRENN *v.* NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL. C. A. 2d Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until March 14, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari

without reaching the merits of the motions to proceed *in forma pauperis.*